IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEFFERY C. MOORE,** | ) |
| Plaintiff, | ) |
| v. | ) NO. 10-cv-702-JPG-SCW |
| **THIMJON CRAIG FERGUSON, M.D.,** | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   November 16, 2012

　　　　　　　　　　　　　　　　　　**NANCY ROSENSTENGEL, Clerk of Court**

　　　　　　　　　　　　　　　　　　**BY: s/Jina Hoyt, Deputy Clerk**


APPROVED:   *s/J. Phil Gilbert*
　　　　　　　 J. PHIL GILBERT
　　　　　　　 U. S. DISTRICT JUDGE